**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6592

CHRISTOPHER R. RUTLEDGE,

        Plaintiff - Appellant,

    v.

FBI; DARPA, (Defense Advance Research Project Agency); DUKE UNIVERSITY, Medical Center Research, Department Psychology and Neuroscience, and their Biotechnologies, Neurotechnologies Activities Oversight Boards; WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE, Neuroscience Clinical Trials and Innovations Center, and their Prisoner Legal Research Dept. and their Biotechnologies, Neurotechnologies Activities Oversight Boards; IMAGINE ONE CORP., CEO Bob Lackey; NEURALINK CORP.; RHINE RESEARCH CENTER; BOWMAN GRAY BAPTIST, Wake Forest Hospital; U.S. F.D.A, Raleigh, N.C.; ORTHO CAROLINA, Hickory & Conover N.C.; CATAWBA VALLEY BEHAVIORAL HEALTH, Hickory, N.C.; DAVID ROCKETT, Hickory Police Department; BRADLEY BEACH, JR., Highway Patrol N.C.; MYA VANG, Dr. Hickory, N.C. Frye Family Healthcare; DON BROWN, Sheriff; Catawba County; AMY SIGMON, Judge; Catawba County; NATIONAL INSTITUTES OF HEALTH; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; F.D.A (M.D.), Science Board and Biotechnologies, Neurotechnologies Activities Oversight Boards.; US MAGISTRATE, Charlotte, NC; WAKE COUNTY MAGISTRATE'S OFFICE; SHANNON RUTLEDGE-CHAMBERS; DIANE RUTLEDGE; JAMIE RUTLEDGE; RANDY RUTLEDGE; LYNN RUTLEDGE; JASON RUTLEDGE; ARLAN FAIRCLOTH; DONNA MARIE BAISLEY, Mother; DONNA MARIE BAISLEY, Daughter; MARQUEDA; KEITH SETZER; MONICA SETZER; KATELYN POOVEY; STEPHANIE WILKERSON-YODER; DANIEL FLETCHER; JEFF HOUSTON; WILL HOUSTON; JAY GAITHER, Former District Attorney; COY REID; BOB LACKEY; GENE GLAZE; JOHN DOES; JANE DOES; MARK IVEY; BOBBY CHANDLER; ADAM ASHOFF; JASON EARNHARDT; JOHNATHAN BRETT KRAUSE; SHERMAN FERGUSON; DON EDWIN HAWKS, JR.; COREY CLAGETT; VANESSA MASTROPOLO; JUILENE ALMOND; LAFIA HAYES; JEFF MCGUHIE; BILLY HALL, JR.; RICKY BOLICK; DONNIE NEAL; STEPHEN PRIESTLY; RAY MATA; WAKE

FOREST UNIVERSITY LAW SCHOOL, Prisoner Research; RICHARD DIK DAIGLER,

                Defendants - Appellees.

─────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Kenneth D. Bell, District Judge. (3:25-cv-00306-KDB-SCR)

─────────

Submitted: December 18, 2025　　　　　　　　　　　　Decided: December 23, 2025

─────────

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Christopher R. Rutledge, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Christopher R. Rutledge appeals the district court's order dismissing his civil rights action, filed pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), under 28 U.S.C. §§ 1915(e)(2), 1915A. We have reviewed the record, concur that the allegations are frivolous, and find no reversible error. Accordingly, we affirm the district court's order. *Rutledge v. FBI*, No. 3:25-cv-00306-KDB-SCR (W.D.N.C. June 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*